# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.: 05-cr-94-jcs |
| | 08-cv-61-bbc |
| **DARRIELL CROSS,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel                                                                                                   4/10/08
_____                                           _____
by Deputy Clerk                                                                                            Date